**Order filed August 16, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-18-00221-CV
_____

## CHARLIE ESPARZA, Appellant

## V.

## HENRI OLIVIER, Appellee

**On Appeal from the County Court at Law No 2
Galveston County, Texas
Trial Court Cause No. CV-0080621**

## ORDER

This is an appeal from a judgment signed March 19, 2018. The notice of appeal was filed March 26, 2018. The clerk's record was filed July 25, 2018. The reporter's record has not been filed. The court reporter responsible for preparing the record in this appeal informed the court appellant has not made arrangements to pay for the record. *See* Tex. R. App. P. 35.3(b)(3).

On July 26, 2018, the clerk of this court notified appellant that we would

consider and decide those issues that do not require a reporter's record unless appellant provided this court with proof that she has paid or made arrangements to pay for the record. Such proof was due by August 10, 2018. *See* Tex. App. P.37.3(c). Appellant did not file such proof or other response.

Accordingly, we order appellant to file a brief in this appeal by **September 17, 2018**. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM